Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                             :
Fosamax Products Liability Litigation              :    1:06-md-1789 (JFK)
                                                   :
------------------------------------------------------x
*This Document Relates to:*                        :    **NOTICE OF APPEARANCE**
Ida Joyce Thomas and                               :
Fred C. Thomas                                     :
v. Merck & Co., Inc.                               :
                                                   :
Case No: 1:08-cv-6475-JFK                          :
------------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: August 20, 2008
      New York, New York           Respectfully submitted,

                                      By: _____/s/_____
                                          Paul F. Strain

                                          Venable LLP
                                          750 E. Pratt Street, Suite 900
                                          Baltimore, Maryland 21202
                                          (410) 244-7717
                                          Fax: (410) 244-7742
                                          Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                           /s/
                              Paul F. Strain

                              Venable LLP
                              750 E. Pratt Street, Suite 900
                              Baltimore, Maryland 21202
                              (410) 244-7717
                              Fax: (410) 244-7742
                              Email: pfstrain@venable.com