Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:                                           :
Fosamax Products Liability Litigation            :
-----------------------------------------------------------x
*This Document Relates to:*          :      1:06-md-1789 (JFK)
Ida Joyce Thomas and                 :
Fred C. Thomas                       :
v. Merck & Co., Inc.                 :
                                     :
Case No: 1:08-cv-6475-JFK            :      **Rule 7.1 Statement**
-----------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated:  New York, New York
        August 20, 2008

          Respectfully submitted,

          HUGHES HUBBARD & REED LLP

          By: /s/
             Norman C. Kleinberg
             Theodore V. H. Mayer
             William J. Beausoleil

          One Battery Park Plaza
          New York, New York 10004-1482
          (212) 837-6000
          kleinber@hugheshubbard.com
          mayer@hugheshubbard.com
          beausole@hugheshubbard.com
          *Attorneys for Defendant Merck & Co., Inc.*